DAYTON BLACKFORD, RESPONDENT, v. HARRY B. GREEN ET AL., APPELLANTS.

Submitted December 6, 1915—Decided June 19, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 359.

For the respondent, *Elmer L. McKirgan.*

For the appellants, *Elmer W. Romine.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ. 11.

*For reversal*—None.